People, ex rel. Matera v Anthony J. (2026 NY Slip Op 00383)

People, ex rel. Matera v Anthony J.

2026 NY Slip Op 00383

Decided on January 28, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 28, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
BARRY E. WARHIT
HELEN VOUTSINAS
DONNA-MARIE E. GOLIA, JJ.

2026-00659

[*1]The People of the State of New York, ex rel. Michaelangelo Matera, on behalf of Navdeep Singh, petitioner, 
vAnthony J. LaRocco, etc., respondent.

Matera & Manley, LLP, Hauppauge, NY (Michaelangelo Matera pro se of counsel), for petitioner.
Anne T. Donnelly, District Attorney, Mineola, NY (Kelsey Lorer of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Navdeep Singh upon his own recognizance or, in the alternative, to set reasonable bail upon Nassau County Indictment No. 72177/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Nassau County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
CONNOLLY, J.P., WARHIT, VOUTSINAS and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court